IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:**   11-cv-00301-DME-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:**  May 19, 2011 | **Courtroom Deputy:**  Linda Kahoe |

| | |
|---|---|
| ALCOHOL MONITORING SYSTEMS, INC. | Aaron P. Bradford |
| | James Espy Dallner |
| Plaintiff/Counter Defendant/Counter Claimant, | |
| v. | |
| BI INCORPORATED, | Donald A. Degnan |
| | Timothy Paul Getzoff |
| Defendant/Counter Claimant/Counter Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**   **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**        8:28 a.m.
Court calls case.  Appearances of counsel.

Discussion regarding BI Incorporated's Motion to Stay or, in the Alternative, Partial Stay Pending Reexamination of U.S. Patent Nos. 7,452,149 and 7,641,611, doc #[17], filed 4/27/2011.

Mr. Getzoff presents arguments.

Mr. Bradford presents arguments.

**ORDERED:**   BI Incorporated's Motion to Stay or, in the Alternative, Partial Stay Pending Reexamination of U.S. Patent Nos. 7,452,149 and 7,641,611, doc #[17], is **DENIED WITHOUT PREJUDICE** to refile.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings/Joinder of parties**:    JUNE 22, 2011**

**ORDERED:**   A Status Report on Claim Construction issues and Request for Hearing is due on or before **DECEMBER 1, 2011**.

**ORDERED:**   A Status Conference is set for **DECEMBER 9, 2011 at 9:15 a.m.** to discuss Post-Markman deadlines.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

### TRIAL:
The parties anticipate a 10 day jury trial.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:        9:20 a.m.**
Total time in court:     00:52

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.