IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC.,

    Plaintiff / Counterclaim Defendant,

v.

BI INCORPORATED,
a Colorado corporation,

    Defendant / Counterclaim Plaintiff.

---

ALCOHOL MONITORING SYSTEMS, INC.,

    Counterclaim Plaintiff,

v.

BI INCORPORATED,
a Colorado corporation,

    Counterclaim Defendant.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Entry of Stipulated Protective Order (*doc # 24*) filed May 13, 2011 is GRANTED. The proposed Stipulated Protective Order (*doc # 24-1*) is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    May 23, 2011