**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-00301-DME-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  June 24, 2011** | **Courtroom Deputy:**  Linda Kahoe |

ALCOHOL MONITORING SYSTEMS, INC.,       Phillip S. Lorenzo
                                        Aaron P. Bradford
                                        James Espy Dallner
                                        Travis McCallon

     Plaintiff/Counter Defendant,

     v.

BI INCORPORATED,                        Donald A. Degnan

     Defendant/Counter Claimant..

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in session:       1:27 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding BI's Renewed Motion to Stay or, in the Alternative, Partially Stay the Litigation Pending Reexamination of U.S. Patent Nos. 7,462,149 and 7,641,611, doc #[32], filed 5/27/2011.

Mr. Degnan presents arguments.

Mr. Bradford presents arguments.

It is the court's expectation that it will deny the Motion.  The court will issue an Order.

Discussion regarding the Motion to Set Markman Hearing, doc #[36], filed 6/6/2011.

Mr. Bradford makes statements.

**ORDERED**:   The Motion to Set Markman Hearing, doc #[36], is **DENIED WITHOUT
                    PREJUDICE.**

The court suggests that counsel refile the Motion and to flag it as a Motion to Set Markman Hearing on Judge Ebel's Calendar.

Discussion regarding the Motion for Leave to File First Amended Complaint, doc #[38], filed 6/10/2011.

Mr. Degnan presents arguments.

Mr. Bradford presents arguments.

The court will await briefing on this Motion.

HEARING CONCLUDED.

**Court in recess**:     2:24 p.m.
Total time in court:    00:57

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.