IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

BI INCORPORATED, a Colorado Corporation,

    Defendant/Counterclaim Plaintiff.

**ORDER RE BI INCORPORATED'S MOTION TO DISMISS ALCOHOL MONITORING SYSTEMS, INC.'S AFFIRMATIVE DEFENSE OF INEQUITABLE CONDUCT (DOC. 21)**

This matter comes before the court on defendant/counterclaim plaintiff BI Incorporated's motion to dismiss plaintiff/counterclaim defendant Alcohol Monitoring System's ("AMS") affirmative defense of inequitable conduct.  (Doc. 21.)  Pursuant to the stipulation filed by the parties (Doc. 34), the court ORDERS as follows:

    1.    AMS's sixth affirmative defense of inequitable conduct is dismissed without prejudice.

    2.    AMS shall file, no later than July 18, 2011, an amended answer, limited to removal of the sixth affirmative defense.

    3.    Each party shall bear its own costs and fees associated with the motion.

DONE AND SIGNED this   1st   day of   July  , 2011.

BY THE COURT:

*David M. Ebel*

U. S. Circuit Court Judge