IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 11-cv-00301-DME-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:   December 9, 2011 | Courtroom Deputy: Nel Steffens |

*Parties:*                                                              *Counsel:*

ALCOHOL MONITORING SYSTEMS, INC.,        Phillip Lorenzo
                                                                          Thomas Leland

     Plaintiff,

v.

BI INCORPORATED, a Colorado                       Timothy Getzoff
Corporation,

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:   9:15 a.m.**
Court calls case.  Appearances of counsel.

Counsel confirm that Markman briefing is complete.

Court addresses **BI's Renewed Motion To Stay, or in the Alternative, Partially Stay the Litigation Pending Reexamination of U.S. Patent Nos. 7,462,149 and 7,641,611** [#32] filed May 27, 2011.

Court's findings and conclusions.

**ORDERED**:   **BI's Renewed Motion To Stay, or in the Alternative, Partially Stay the Litigation Pending Reexamination of U.S. Patent Nos. 7,462,149 and 7,641,611** [#32] filed May 27, 2011, is **DENIED**.


Court addresses the plaintiff's **Motion for Leave To File First Amended Complaint** [#38] filed

June 10, 2011.

Counsel decline the opportunity to present further argument.

Court's findings and conclusions.

**ORDERED**:   The plaintiff's **Motion for Leave To File First Amended Complaint** [#38] filed June 10, 2011, is **GRANTED**.

Discussion regarding possibility of settlement.  Court directs counsel's attention to the latest revision to the District of Colorado Local Rules, effective December 1, 2011.

Hearing concluded.

**Court in recess:**     **9:57 a.m.**
Total time in court:    00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.