IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC., a Colorado Corporation,

    Plaintiff/Counterclaim Defendant,

v.

BI INCORPORATED, a Colorado Corporation,

    Defendant/Counterclaim Plaintiff.

---

ORDER SETTING *MARKMAN* HEARING
AND BRIEFING SCHEDULE

---

    IT IS ORDERED that this matter has been scheduled for a one-day *Markman* Hearing on May 23, 2012 at 9:00 a.m.  Although this is scheduled for one day, the parties shall be prepared to continue the hearing into May 24, 2012, if additional time is necessary.

    IT IS FURTHER ORDERED that opening claim construction briefs are due March 16, 2012; responsive briefs are due April 6, 2012; and reply briefs are due April 20, 2012.  The parties may file opening briefs and responsive briefs on claim construction in excess of twenty (20) pages, taking all reasonable efforts to limit the length of such briefs to the greatest extent possible.

    DATED this  20th  day of December, 2011.

BY THE COURT:

*s/ David M. Ebel*

_____
United States Circuit Court Judge
District of Colorado