# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC., a Colorado Corporation,

    Plaintiff/Counterclaim Defendant,

v.

BI INCORPORATED, a Colorado Corporation,

    Defendant/Counterclaim Plaintiff.

## ORDER DISCHARGING THE PREVIOUS ORDER TO SHOW CAUSE

THIS MATTER comes before the Court upon the parties' Joint Response to Order to Show Cause [Doc. No. 95]. The Court hereby

ORDERS that its previous Order to Show Cause [Doc. No. 94] is discharged. The Markman Hearing will take place on May 23, 2012, upon the papers previously submitted, without prejudice to either side to make a motion to file supplemental papers before the hearing upon good cause shown.

DATED this 27rd day of March, 2012.

                                              BY THE COURT:

                                              *s/ David M. Ebel*

                                              _____
                                              United States Circuit Court Judge
                                              District of Colorado