# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC.

    Plaintiff,

v.

BI INCORPORATED, a Colorado Corporation, and
GEO CARE, INC., a Florida Corporation,

    Defendants.

---

## ORDER RE: JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING POST-*MARKMAN* DEADLINES

---

This matter comes before the Court on the Parties' Joint Motion to Amend the Scheduling Order regarding post-*Markman* deadlines [Dkt. #122] (the "Motion"). The Court, having reviewed the Joint Motion and having been fully advised in the premises, finds good cause grant the Motion. Therefore, it is:

**ORDERED** that the Motion is **GRANTED,** and the Court's Scheduling Order [Dkt. # 28] is amended as follows:

### XI.    CASE PLAN AND SCHEDULE

**L.    Post-*Markman* Deadlines:**

    1.    February 15, 2013    Final Infringement, Invalidity and Unenforceability Contentions.

    2.    March 1, 2013    The party bearing the burden of proof shall disclose information specified under Rule 26 concerning its expert witnesses.

3. April 1, 2013 The party against which an expert is endorsed pursuant to the preceding paragraph shall endorse any responsive information as specified in Rule 26 concerning its rebuttal experts.

4. April 30, 2013 Discovery Cut-off.

5. May 31, 2013 Dispositive Motions Deadline.

DATED at Denver, Colorado, on December 10, 2012.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

19628691v1