# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC.

      Plaintiff,

v.

BI INCORPORATED, a Colorado Corporation, and
GEO CARE, INC., a Florida Corporation,

      Defendants.

---

## ORDER RE: JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING POST-MARKMAN DEADLINES

---

This matter comes before the Court on the Parties' Joint Motion to Amend the Scheduling Order regarding post-*Markman* deadlines [Dkt. #125] (the "Motion"). The Court, having reviewed the Joint Motion and having been fully advised in the premises, finds good cause and grants the Motion. Therefore, it is:

**ORDERED** that the Motion is **GRANTED,** and the Court's Scheduling Order [Dkt. # 28] is amended as follows:

            **XI.    CASE PLAN AND SCHEDULE**

    **L.**    **Post-*Markman* Deadlines:**

        1.    15 days after Federal    Final Infringement, Invalidity and
               Circuit Opinion            Unenforceability Contentions.



| | | |
|---|---|---|
| 2. | 15 days after Infringement Contentions | The party bearing the burden of proof shall disclose information specified under Rule 26 concerning its expert witnesses. |
| 3. | 30 days after Plaintiff's expert disclosure | The party against which an expert is endorsed pursuant to the preceding paragraph shall endorse any responsive information as specified in Rule 26 concerning its rebuttal experts. |
| 4. | 30 days after Defendants' expert disclosure | Discovery Cut-off. |
| 5. | 30 days after Discovery Cut-off | Dispositive Motions Deadline. |

DATED this __12th__ day of __February__, 2013.

BY THE COURT

_____
~~United States District Court Judge~~
United States Magistrate Judge

2

19888068v1