IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC.,

    Plaintiff,

v.

BI INCORPORATED, a Colorado corporation, and
GEO CARE, INC., a Florida corporation,

    Defendants.

# ORDER RE: JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING POST-MARKMAN DEADLINES

This matter comes before the Court on the Parties' Joint Motion to Amend the Scheduling Order regarding post-Markman deadlines [Dkt. #128] (the "Motion"). It is

ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

## XI. CASE PLAN AND SCHEDULE

**L.**  **Post-*Markman* Deadlines:**

| Date | Event |
|---|---|
| March 18, 2013 | Final Infringement, Invalidity and Unenforceability Contentions. |
| April 2, 2013 | The party bearing the burden of proof shall disclose information specified under Rule 26 concerning its expert witnesses. |
| May 2, 2013 | The party against which an expert is endorsed pursuant to the preceding paragraph shall endorse any responsive information as specified in Rule 26 concerning its rebuttal experts. |
| June 3, 2013 | Discovery Cut-off. |
| July 3, 2013 | Dispositive Motions Deadline. |

| | |
|---|---|
| October 8, 2013 at 9:15 a.m. | Final Pretrial Conference before Magistrate Judge Shaffer in Courtroom A 402.  In accordance with D.C.COLO. ECF. PROC. 5.12, the parties shall file a proposed final pretrial order and also email an editable version to Shaffer_Chambers@cod.uscourts.gov no later than seven (7) days prior to the conference. |

DATED at Denver, Colorado, on March 18, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge