# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC., a Colorado Corporation,

    Plaintiff/Counterclaim Defendant,

vs.

BI INCORPORATED, a Colorado Corporation,

    Defendant/Counterclaim Plaintiff, and

GEO CARE, INC., a Florida Corporation,

    Defendant.

## MINUTE ORDER

This matter is before the Court on plaintiff Alcohol Monitoring Systems, Inc.'s Unopposed Motion for an Extension of Time to Respond to Defendants' Motion for Summary Judgment of Non-Infringement [Docket No. 139].  Having reviewed the motion and finding good cause for the relief requested therein, it is

**ORDERED** that plaintiff's unopposed motion [Docket No. 139] is GRANTED.  Plaintiff shall have up to and including September 16, 2013 in which to file a response to defendants' Motion for Summary Judgment of Non-Infringement [Docket No. 136].

Dated this 13th day of August, 2013.        BY THE COURT:

                                            *s/ David M. Ebel*

                                            United States District Court Judge