# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00301-DME-CBS

ALCOHOL MONITORING SYSTEMS, INC., a Colorado Corporation,

    Plaintiff/Counterclaim Defendant,

vs.

BI INCORPORATED, a Colorado Corporation,

    Defendant/Counterclaim Plaintiff, and

GEO CARE, INC., a Florida Corporation,

    Defendant.

## ORDER

This mater comes before the Court on the Parties' Joint Motion to Dismiss All Claims Regarding U.S. Patent No. 5,220,919 [Dkt. #144 ] (the "Motion").  It is

ORDERED that the Motion is GRANTED, and all claims and defenses in this case regarding U.S. Patent No. 5,220,919 are hereby dismissed, with prejudice, each side to bear their own fees and costs.

DATED this 6th day of September, 2013.

                                                              BY THE COURT

                                                              *s/ David M. Ebel*

                                                              David M. Ebel
                                                              U.S. Circuit Court Judge
                                                              District of Colorado